**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JACQUELINE SCHWEIGART, | : | No. 444 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KEVIN SCHMALENBERGER, M.D. AND | : | |
| WEST SHORE ANESTHESIA | : | |
| ASSOCIATES, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.